☑ Original ☐ 



CLERK'S OFFICE
A TRUE COPY
Oct 20, 2023
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of ) | |
| *(Briefly describe the property to be searched* ) | Case No. 23-M-479 (SCD) |
| *or identify the person by name and address)* ) | |
| Information associated with the cellular telephone assigned ) | |
| call number (414) 676-7891 ("Target Cell Phone"), that is ) | |
| stored at the premises controlled by T-Mobile ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before     11-3-23 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Hon. Stephen C. Dries _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     10-20-23. 3:25 pm _____          *Stephen C. Dries* _____
                                                                              *Judge's signature*

City and state:     Milwaukee, WI _____          Honorable Stephen C. Dries, U.S. Magistrate Judge _____
                                                                              *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

## Certification

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**<u>ATTACHMENT A</u>**

**Property to Be Searched**

Records and information associated with the cellular telephone assigned call number **414-676-7891** (referred to in attachment B as "the Account"), that is stored at the premises controlled by T-Mobile, a cellular service provider headquartered at 4 Sylvan Way, Parsippany, New Jersey, 07054.

**ATTACHMENT B**

**Particular Things to be Seized**

**I.      Information to be Disclosed by the Provider**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Service Provider, including any information that has been deleted but is still available to the Service Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Service Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A for the following dates: June 1, 2023, 12:00 am CST, through August 31, 2023, 11:59 pm CST:

A.    The following information about the customers or subscribers of the Accounts:

1.    Names (including subscriber names, user names, and screen names);

2.    Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3.    Local and long-distance telephone connection records;

4.    Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

5.    Length of service (including start date) and types of service utilized;

6.    Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

7.    Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

8.    Means and source of payment for such service (including any credit card or bank account number) and billing records.

B.     All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account, including:

1.     the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

2.     information regarding the cell tower and antenna face (also known as "sectors") through which the communications were sent and received, as well as per-call measurement data.

3.     per call measurement and timing advance data (PCMD, RTT, True Call, NELOS, or similar)

## II.     Information to be Seized by the Government

All information described above in Section I that constitutes evidence of violations of Title 18 U.S.C. § 1951(a), Hobbs Act Robbery, and Title 18 U.S.C. § 924(c), Brandishing of a Firearm during a Crime of Violence, involving HENDERSON, during the period of June 1, 2023, 12:00 am CST, through August 31, 2023, 11:59 pm CST.

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Service Provider to locate the things particularly described in this Warrant.



CLERK'S OFFICE
A TRUE COPY
Oct 20, 2023
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

Information associated with the cellular telephone assigned
call number (414) 676-7891 ("Target Cell Phone"), that is
stored at the premises controlled by T-Mobile

)
)
)
)
)
)

Case No.  23-M-479 (SCD)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1951(a) & 924(c) | Hobbs Act Robbery, and Brandishing of a Firearm During a Crime of Violence. |

The application is based on these facts:

See Attached Affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Heather Wright, FBI SA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ telephone _____ *(specify reliable electronic means).*

Date:  10-20-23

_____
*Judge's signature*

City and state:  Milwaukee, WI

Honorable Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

<u>**AFFIDAVIT IN SUPPORT OF**</u>
<u>**AN APPLICATION FOR A SEACH WARRANT**</u>

I, Heather N. Wright, being first duly sworn on oath, on information and belief state:

**I.      INTRODUCTION, BACKGROUND, TRAINING, AND EXPERIENCE:**

1.      I make this affidavit in support of an application for a search warrant for information associated with the cellular telephone assigned call number **(414) 676-7891** ("**Target Cell Phone**"), that is stored at the premises controlled by T-Mobile, a wireless telephone service provider headquartered at 4 Sylvan way, Parsippany, New Jersey, 07054.

2.      T-Mobile will be referred to as the "Service Provider." The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(c)(1)(A) to require the Service Provider to disclose to the government copies of the information further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review the information to locate items described in Section II of Attachment B.

3.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since July of 2010. Since August of 2020, I have been assigned to the FBI's Milwaukee Area Violent Crimes Task Force, a multi-jurisdictional law enforcement entity charged with investigating violations of federal law, including bank robberies, commercial robberies, armed motor vehicle robberies, and other violent crime matters, defined under Title 18 of the United States Code. I have been trained in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. I have participated in criminal investigations, surveillance, search warrants, interviews, and debriefs

of arrested subjects. As a result of this training and investigative experience, I have learned how and why violent actors typically conduct various aspects of their criminal activities.

4. Based upon my training and experience, I know that criminal investigations have been aided by subpoenas, warrants, and court orders related to electronic communication records by providing critical investigative leads and corroborative evidence.

5. To this end, based upon my training and experience, I know that individuals involved in violent crimes use cellular telephones to maintain contact with co-conspirators aurally or via electronic message in "text" format. I also know that it is common for suspects who commit violent crimes to take, or cause to be taken, photographs and other visual depictions of themselves, their associates, and the illegal proceeds and firearms that they control or possess.

6. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other Agents, law enforcement personnel, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

7. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that DAQUAN HENDERSON (DOB XX/XX/2005), hereafter "HENDERSON," committed multiple Hobbs Act Robberies/Carjackings between August 5, 2023 and August 31, 2023, in violations of Title 18 U.S.C. § 1951(a), Hobbs Act Robbery, and Title 18 U.S.C. § 924(c), Brandishing of a Firearm during a Crime of Violence. I further submit that there is probable cause to believe that evidence of HENDERSON's involvement in the robberies will be recovered in the records that are sought herein.

## II. PROBABLE CAUSE

8.      On June 21, 2023, at approximately 4:47 pm, the Milwaukee Police Department (MPD) responded to a theft of vehicle complaint in the area of east Kilbourn Avenue and North Prospect Avenue in Milwaukee, Wisconsin. Upon arrival, the victim, hereinafter, O.Z, stated that she parked her 2021 white Hyundai Tuscan, bearing WI plate: ALM2033, VIN: KM8J2CA45MU287573, at the address of 930 N. Astor Street, Milwaukee, on the east side of the street, facing northbound. O.Z. stated that when she parked her vehicle, she used the key fob to lock all of her doors. O.Z. stated that when she returned at approximately 4:30 pm, her vehicle was gone and she observed broken glass in the area where her vehicle had been parked.

9.      On June 24, 2023, at approximately 4:07 pm, the MPD responded to 2810 W. Highland Avenue regarding the recovery of a stolen auto in the church parking lot located at this address. The stolen auto was determined to be the 2021 white Hyundai Tuscan, bearing WI plate: ALM2033, VIN: KM8J2CA45MU287573. The vehicle had the driver's side front window broken. The vehicle was then processed for latent fingerprints.

10.     On August 15, 2023, MPD Latent Print Examiner Kenneth Schild examined the submitted latent prints recovered from the recovered stolen 2021 white Hyundai Tuscan, and identified three individuals that matched prints recovered. The print recovered from the exterior surface of the front passenger door was identified as the left index finger of HENDERSON. The print recovered from the exterior surface of the rear passenger side window was identified as the left ring finger and right ring finger of DESHAUN M. WARD, dob: XX/XX/2003. WARD's fingerprint also matched the fingerprint recovered from the exterior surface of the front passenger side roof. The third individual, CALEB E. HENRY, dob: XX/XX/2006, matched prints recovered from both the exterior surface of the rear passenger side door as well as the driver's side rear quarter panel.

11.     On July 7, 2023, the MPD responded to Children's Hospital regarding a shooting victim, hereinafter, M.S., with a gunshot wound to the right forearm as well as a graze wound to his right side. Upon arrival, M.S. stated to police that he was at the address of 3162 N. 16th Street, which was associated to "friends and family". M.S. stated that he was hanging out in a bedroom of the home with several others including his sister and his girlfriend. M.S. stated that shortly before being shot, he heard what he thought were fireworks outside, however, he soon realized that they were gunshots once the window of the bedroom shattered and bullets began entering the room. M.S. stated that everyone in the room ran towards the basement for safety. While in the basement, M.S. stated that his right side began to hurt, someone told him that he was bleeding from his arm, and he then realized he had been shot. M.S. stated that shortly thereafter, police responded and he told them that he had been shot. The MPD recovered four 9mm spent casings in the area of the shooting.

12.     On August 4, 2023, at approximately 8:12 pm, the MPD responded to 2443 N Murray Ave, Milwaukee, WI 53211, for a theft of a vehicle complaint. The victim, hereinafter, K.S., stated that she was an Amazon delivery driver. K.S. stated that she arrived at 2443 N. Murray Street in her a 2020 Ford Explorer, white in color, bearing Wisconsin registration plates ANM3082, and exited the vehicle and walked up to the apartment complex with the vehicle still running with the keys in the ignition. K.S stated that as she dropped the package off and began walking back to her vehicle, when she noticed her vehicle driving off southbound on N. Murray Street. K.S. stated that she observed a white colored sedan following her vehicle but did not see who had taken her car.

13.     A witness also observed a white sedan with a black female driver, parked near the Ford Explorer before the vehicle theft. Due to the stolen vehicle having a GPS tracking device, it

4

was located and recovered, shortly after the theft, at a gas station located at 3115 W Fond du Lac Ave, Milwaukee, WI 53210. Multiple items not belonging to the victim were recovered from inside the Ford Explorer; those items included two cell phones, two empty soda bottles, a phone charger, and a screwdriver. Surveillance video from the gas station shows a white Ford Explorer parked at the gas station at 8:08pm. The driver was a black, male, approximately 17-21 years old, medium build 5'10", wearing a light brown hoodie, red Adidas jogging pants, and slides. Passenger #1 was a black, male, approximately 17-21 years old, thin build 5'10", wearing a black hoodie, black pants, and black Adidas slides. Passenger #2 was a black male, approximately 17-21 years old, thin build 5'10", wearing a black wife beater, black pants, and brown slides. Passenger #3 was a black, male, approximately 17-21 years old, thin build, black hoodie and light wash blue jeans, and black Jordan 12's. The driver of the vehicle was seen with a black handgun with an extended magazine concealed in the pocket of his hoodie. Fingerprints recovered from inside the vehicle were a match for HENDERSON as well as ELLIAUNTE WILLIAMS, dob: XX/XX/2004. Upon review of the surveillance video, MPD detectives were able to identify the driver of the stolen Ford Explorer as WILLIAMS, and the rear driver's side passenger was HENDERSON.

14.     On August 5, 2023, at approximately 10:20 pm, the MPD responded to an armed robbery/carjacking at 1534 N. Farwell Avenue, Milwaukee. The victim, hereinafter A. M., and two others, J.B. and K.B., were sleeping in the back of his 2018 Hyundai Accent, blue in color, bearing temporary Wisconsin registration plate V59945U and VIN 3KPC24A36JE030765, parked in a parking lot located at 1534 N. Farwell Avenue, when they were awoken by an unknown suspect tapping on the passenger window with a semi-automatic handgun with a laser beam attached underneath the barrel. A.M. stated that the suspect yelled, "Get the fuck out!". The suspect opened the rear passenger side door and yelled again for everyone to wake up. The subject was

5

described as a black male subject, approximately 25-35 years old, approximately 6'1"-6'2", approximately 140-160 pounds, skinny build, wearing a black balaclava mask, dark hooded sweatshirt, and dark color jeans. A.M. stated that they all exited the vehicle at the demand of the armed suspect and observed the suspect enter the driver's seat of his vehicle. A.M. stated that after exiting, he observed a black unknown make/model SUV parked in front of his vehicle, blocking in his vehicle, driven by a black male with a dark complexion, with dread locks. A.M. then observed the black SUV drive out of the parking lot and his vehicle following directly behind it.

15. Due to A.M.'s cell phone being left inside the vehicle, A.M. was able to track his vehicle and on August 5, 2023, at approximately 10:09 pm, MPD officers located the 2018 blue Hyundai Accent parked in the driveway of 7232 W. Fairmount Avenue. Contact with the homeowner was made, however, the home owner had no idea why the vehicle was parked in her driveway. Fingerprints recovered from the vehicle were a match for the following individuals: ADRIAN C. MILLER, dob XX/XX/1982 and HENDERSON.

16. On August 5, 2023, at approximately 10:10 pm, the MPD responded to a vehicle theft at 2XXX E. Linwood Avenue, Milwaukee, Wisconsin. Upon arrival, officers spoke to the victim, hereinafter, S.D.. S.D. stated that he got home around 9:45-10:00 pm and walked to his vehicle, a White, 2013 Ford Fiesta, WI Plate#: ASL7139, VIN#: 3FADP4TJ1DM215324, to place some packages into his vehicle. S.D.'s vehicle was parked on the opposite side of the street, just west of the residence. S.D. stated that as he was crossing the street, he observed two subjects walking westbound on the opposite side of the street. S.D. stated that he opened his vehicle door and was placing the packages inside his car, when Subject 1, described as a black, male, approximately 20-25 years old, approximately 5'10"-6'0", with a thin build, dark complexion, fuzzy, full-face black ski mask, black sweatshirt, dark clothing, and armed with a black handgun,

stated "what's up buddy?". S.D. stated that he replied"what's up" and continued to manually lock his car door from the driver's side. S.D stated that when he turned around, two subjects were standing behind him. S.D. stated that Subject 1 stated "Give me your keys." S.D. stated that he did not want to get hurt so he complied with the subject's demand. S.D. stated that the second subject, which he described as a black, male, approximately 20-25 years old, approximately 5'10"-6'0", with a thin build, a dark complexion, wearing a shiny black, full-face ski mask, black sweatshirt, dark clothing, armed with a black handgun, stated "don't make me blow this and have to shoot you". S.D stated that he put his hands in the air and began to walk away from the subjects. S.D stated that Subject 1 got into the driver's seat and Subject 2 entered the passenger seat of his vehicle, and they fled eastbound.

17.    On August 6, 2023, at 12:21 am, JAHZIR COLLINS, dob: XX/XX/2007, was taken into custody driving the vehicle with sever accident damage. COLLINS stated that he got the vehicle from an individual named "Damion" and did not know that the vehicle had been stolen. The vehicle was processed for latent fingerprints which came back as a match to COLLINS.

18.    On August 7, 2023, at approximately 2:29 pm, MPD officers responded to 4200 N. Sherman Blvd, Milwaukee, Wisconsin, for a shooting complaint. Officers located the victim, hereinafter, G.B., with a gunshot wound to his left shoulder. G.B. was conveyed to Froedtert Hospital for his injuries. Following treatment, G.B spoke to officers regarding the incident. G.B stated that on August 7, 2023, at approximately 2:25 pm, he was walking near his residence to the Citgo Gas Station that is on Sherman Blvd and W. Capital Drive. G.B. stated that as he was walking on the sidewalk, he was approached by four unknown subjects. G.B. described the subjects as black, males, all approximately 18-22 years old. G.B. stated that Subject 1 was wearing all black clothing and armed with a handgun. BROWN stated that the subjects walked up to him and one of

the subjects stated "Give it all up" while puling a handgun out of his backpack. G.B. stated that he immediately started running towards "the projects" and he heard multiple gun shots. When he looked back, he observed the subjects shooting at him. G.B. stated that he was struck on the shoulder but was able to run back to his building where someone called an ambulance. G.B. stated that while he was running, he lost his red Android cell phone and his Reebok gray/white tennis shoe.

19.     A witness to the incident, D.C., stated that victim, G.B., was observed firing a single gunshot in the direction of the four subjects and then the four subjects fired back at the victim in return. Another witness, J.S., also confirmed the D.C.'s statement.

20.     On scene, officers recovered (1) .22 cal casing and (12) 9mm casings. The cell phone of the victim, as well as one white tennis shoe was also recovered.

21.     On August 9, 2023, at approximately 8:02 pm, MPD officers responded to a theft of auto complaint at the Double Dutch Hotel, located at 817 N. Marshall Street. There, officers located the victim, hereinafter E.R., who stated that she parked her blue 2018 Hyundai Elantra, bearing IL plate BZ57241, in the lot directly south of the hotel at 4:20 pm. E.R. stated that when she returned to her vehicle at approximately 8:00 pm, she discovered that her vehicle was no longer there and there was broken glass at the scene.

22.     The vehicle was recovered on August 13, 2023, by the Wauwatosa Police Department in the area of 5227 W. Meinecke Avenue, Milwaukee. The vehicle was observed with the driver's side window smashed, damage to the steering column in the interior of the vehicle and minor body damage to the exterior of the vehicle on the passenger side, The MPD then towed to vehicle for processing.

23.    On August 10, 2023, at approximately 3:30 pm, MPD Officers responded to a shooting complaint at 5303 W. Center Street, Milwaukee, Wisconsin. The victim, identified as K.H. suffered 14 gunshot wounds to the entirety of his body and was pronounced deceased on scene. Several surveillance videos were recovered from the area which depicted the fatal shooting. Specifically, the video footage from Super Options, located at 5331 W. center Street, captured the incident in high definition color. A review of that video footage was conducted and the suspect vehicle was observed to be a blue Hyundai Elantra, bearing IL plate BZ57241 (associated to the stolen vehicle that occurred on August 9, 2023 listed above). The suspect vehicle was observed pulling behind a FedEx truck and appeared to stop in the middle of N. 54th Street, just north of W. Center. The suspect, seated in the front passenger seat, is observed to be a black, male, with a thin build, wearing a "poo shiesty" mask, a tan zip up "Amos" hooded sweatshirt, black shirt, black pants with a gray stripe, and orange "Yeezy" shoes, armed with a handgun in his right hand, a tattoo on his right forearms, and is seen exiting the vehicle. The passenger leaves the door open and the driver slowly drives forward. The front passenger is then observed walking back to the front passenger seat and re-enters the vehicle. The vehicle then continues north. The suspect auto is then observed traveling eastbound on w. Center Street from N. 54th Street, then drives north on N. 54th Street. The suspect auto is then observed turning eastbound into the alley to the north of W. Center Street, out of view. The suspect, wearing the same clothes as described above, is then observed running south across the intersection of N.53rd and W. Center Street, runs and raises his hand and begins to shoot several times. The suspect then runs north back across N. 53rd and W. Center Street, out of camera view. The gunfire can also be heard on the surveillance video.

24.     As noted above, the vehicle was processed for latent fingerprints on August 13, 2023, following the vehicle recovery. On August 15, 2023, it was determined that the latent fingerprints recovered from the vehicle were a match to HENDERSON.

25.     On August 20, 2023, at approximately 2:28 pm, MPD officers responded to 2130 N. 55th Street for an armed robbery complaint. The victim, hereinafter C.J., stated that she was a Papa John's delivery driver and she had been delivering a pizza order when she was robbed by two suspects at gunpoint. C.J. stated that the food was ordered at 1:51 pm using the telephone number 414-865-0528 by a subject that identified themselves as "Johnny Johnson". The order was to be delivered to 2638 N. 53rd Street Apartment #4, and arrive at 2:25 pm. J.C. stated that she left Papa John's in West Allis at approximately 2:08 pm to deliver the food. At 2:25 pm. J.C. called the order number and a male subject answered the phone. J.C. told the subject that she was at the delivery location. The subject on the phone then changed the delivery location to 2340 N. 53rd Street. J.C. then drove to the new delivery location. Once, J.C. arrived at the new location, she parked mid-block on the west side of the street. J.C carried two red Papa John's food delivery bags to the front cement porch of 2340 N. 53rd Street. While J.C. was standing on the porch, two subjects approached from the north on the sidewalk on the east side of the street. One of the subjects stated "Over here!". J.C. then walked off the porch onto the sidewalk towards the subjects, who were still walking towards her. Subject 1, described as a black, male, late teens – early 20s, approximately 5'7"-5'8", with a thin build, short black hair, shirtless, wearing a black athletic pants with white stripes, armed with a small gray handgun in his front waistband, asked J.C. if she had any change. J.C. took out $20 in US currency that belonged to Papa John's. Suspect 1 stated "I'll take that" and tried to take the two bags of food and money from J.C. while holding a small gray handgun. The food had not yet been paid for and J.C. got into a struggle with Subject 1 over the food and money.

While struggling with Subject 1, Subject 2, described as a black male, late teen- early 20s, approximately 5'9"-6'0", thin build, wearing a black ski mask (with only eyes and nose exposed) and armed with an unknown handgun in his front waistband, began to produce the handgun from his front waistband. Once suspect pulled the firearm, J.C. stopped struggling with suspect 1 for the food and money. The suspects then fled northbound on foot, then eastbound through a gangway north of 2350 N. 53rd Street. A witness of the incident also confirmed J.C.'s statement as well as the subject's descriptions.

26.     On August 24, 2023, at approximately 7:53 pm, MPD detectives responded to an armed robbery/carjacking complaint at 1921 N. 59th Street, Milwaukee, Wisconsin. Upon arrival, detectives spoke with the victim, hereinafter M.A.. M.A. stated that he was an Amazon delivery driver and he was delivering Amazon packages using his personal vehicle, a white 2002 Rav 4, bearing WI plate#: ALY-5734, VIN: 2T3P1RFV6LW097904, with his 9-year-old daughter in the rear passenger seat of the vehicle. M.A. stated that on August 24, 2023, at approximately 7:50 pm, he parked his vehicle facing southbound in front of 1818 N. 59th Street to deliver a package. A.M. stated that he left his vehicle running, exited the vehicle and walked up to the residence. M.A. stated that after making the delivery, he was returning to his Rav4, when he observed the suspect vehicle, a small shite 4 door sedan, with front bumper damage, stopped in the middle of N. 59th Street, next to his Rav4. M.A. stated that he ran in front of the suspect vehicle and observed that Suspect 1, described as a black, male, 20-30 years, approximately 5'7"-5'8", with a slim build, medium brown complexion, and a 3" afro hairstyle, was seated in the driver's seat of his vehicle and Suspect 3, described as a black, male, 20-30 years old, was seated in the front passenger seat of his vehicle. M.A stated that he lunged into the rolled down front driver window and hung onto the steering wheel and the window sill because his daughter was still inside the vehicle. M.A.

stated that he told the suspects "Please give me my daughter and take the car!". M.A. stated that Suspect 1 began to drive away and refused to stop the vehicle to let his daughter out. M.A. stated that while he was hanging on, Suspect 2, described as a black, male, 20-30 years old, wearing a hat, who was driving the suspect vehicle, struck him in the back of his right leg two times with the suspect vehicle, causing him to fall off the Rav 4, leaving him hanging onto the hood and the front driver mirror. M.A stated that he begged the suspect multiple times to stop and give him his daughter.

27.     M.A stated that Suspect 2, told M.A. to "get down from the car" and pointed a black semi-automatic handgun at him which had an extended magazine. M.A. stated that Suspect 2 then fired one shot at him causing M.A. to release his grip and fall from the vehicle. M.A stated that once he fell off the vehicle, he realized that his daughter had already jumped out of the vehicle a short time before the gunshot. M.A stated that he then observed his vehicle continue to drive away. M.A. stated that there were additional Amazon packages inside of the stolen vehicle but he had the key fob to the vehicle still in his pocket.

28.     On August 25, 2023, at approximately 7:53 pm, a witness interview was conducted at 7:53 pm. The witness, hereinafter, C.H. confirmed M.A.'s statement and stated that when he observed the Rav 4 vehicle being driven away by Subject 1, he realized that the vehicle belonged to the Amazon driver. C.H. stated that he observed the victim run back to his vehicle yelling "my daughter!" C.H. also stated that he heard two gunshots after the vehicles were down the hill on 59th Street out of his view.

29.     On August 25, 2023, at approximately 2:32 pm, the victim vehicle, a white 2002 Rav 4, was recovered parked behind 2355 N. 52nd Street, Milwaukee. The vehicle was processed for latent prints and returned as a match to ANTARION F. HASSEL, dob: XX/XX/2007.

30.     On August 25, 2023, at approximately 12:30 pm, a victim, hereinafter F.C., walked into the MPD District 3 Station, to report an armed robbery complaint. F.C. stated that she was a delivery driver for Domino's Pizza and she had a delivery for the address of 2402 N. 54th Street, placed by an individual that identified himself as "James Johnson" with the telephone number 414-867-4800. F.C. stated that the order had been placed at 11:32 am and at approximately 12:15 pm, F.C. drove to the address of 2402 N. 54th Street to deliver two large pizzas.

31.     F.C. stated that she parked her personal vehicle, 2010 Maroon/Burgundy a four door Chevrolet Equinox, bearing Wisconsin plate AFF-1003, on the east side of 54th Street directly in front of the residence. F.C. stated that she called the phone number used to place the order, however, there was no answer. F.C. stated that she then exited her vehicle, leaving her vehicle running, and knocked several times at the front door. F.C. stated that following no answer, F.C. turned to return to her vehicle, and observed two subjects standing at the base of the porch. F.C. stated that Subject 1 was described as a black, male, approximately 16-20 years old, approximately 5'11"-6'0" with a skinny build, a light brown complexion, wearing a black face mask, a black hooded sweatshirt, black pants, armed with a black semi-automatic hand gun. F.C. described subject 2 as a black, male, approximately 16-20 years old, approximately 5'11, approximately 150 pounds, with a skinny build, a light brown complexion, wearing a white hooded sweatshirt with designs on it, black pants, armed with a black revolver styled handgun. F.C. stated that Suspect 1 pointed his firearm at her and stated "Gimme the pizza". F.C. stated that she handed the subject the pizza bag and Subject 1 removed the two pizzas and threw the black pizza bag to the ground. F.C. stated that Suspect 2 then approached her and stated "Gimme this" while taking her gold watch off of her left wrist. F.C. stated that Suspect 2 also stated "We taking your car too" while entering the driver's seat of her vehicle. F.C. stated that she told Suspect 2 that he "better not" take

her car because it had GPS tracking on it. F.C. stated that Suspect 2 immediately exited her vehicle and the two suspects ran eastbound on W. Meinecke Avenue on foot towards N. 53rd Street. F.C. stated that she then got into her vehicle and also drove eastbound on W. Meinecke Avenue towards N. 53rd Street. F.C. stated that upon reaching the corner of N. 53rd Street and W. Meinecke Avenue, she observed the two suspects standing in the street in the 2300 block of N. 53rd Street. F.C. stated that upon seeing them, Suspect 1 pointed his firearm at her vehicle, and fired one shot at her as she drove away. F.C. stated that she continued eastbound on W. Meinecke Avenue, away from the scene and immediately drove directly to the District 3 Station to report the incident. Officers traveled to the location of the incident and location a single spent 9mm casing in the middle of the roadway in front of the address of 2365 N. 53rd Street.

32.     On August 25, 2023, at approximately 4:18 pm, the Marquette University Police Department responded to the 200 block of W. Wisconsin Avenue for a theft of vehicle complaint. The victim, hereinafter J.F., stated that pm August 25th at approximately 4:00 pm, she parked and secured her, 2017, black, Kia Sorento, bearing Illinois plate: CE29430, in front of 2029 W. Wisconsin Avenue and walked to Mashuda Hall. J.F. stated that at approximately 4:17 pm, she was standing outside of Mashuda Hall, when she observed a subject, described as a black, male, approximately 18-20 years old, with a thin build, high afro styled hair, wearing a dark colored shirt, inside the driver's seat of her vehicle. J.F. stated that she then observed a black Kia Forte with no license plate and tinted windows, parked next to her vehicle. F.C. stated that as the Kia Forte pulled away, the subject followed in her vehicle. F.C. stated that she was also able to observe that her driver's side window had been smashed.

33.     On August 31, 2023, at approximately 1pm, the 2017, black, Kia Sorento, bearing Illinois plate: CE29430, was recovered at 2363 N. 10th Street by the MPD. A law enforcement

check of license plate readers, placed the vehicle repeatedly in the area of N. Sherman Boulevard and W. Hampton Avenue. Investigators viewed publicly available social media accounts for HENDERSON as well as his associates. On August 27, 2023, investigators located a social media associated to TAYSHAWN MANNS, dob: XX/XX?2007, a known associate of HENDERSON. A review of the Instagram page "brokehadtomakeaplay_" depicted a photo with multiple individuals, including HENDERSON, HASSEL and MANNS, standing around a gray colored vehicle. In another photo, MANNS, wearing the same clothes, is depicted standing next to the gray vehicle where the hood of the vehicle can be observed. The photo displayed the Kia emblem as well as the IL plate: CE29430 clearly in the photo.

34.     On August 30, 2023, at approximately 5:30 pm a victim, hereinafter C.J., walked into the Police Administration Building to report a vehicle theft. C.J. stated that he had parked his black, four door, 2017 Kia Sorento, bearing Wisconsin plate: ACG-7680, and VIN: 5XYPGDA5XHG326227, at approximately 11:00 am near 2180 N. Commerce Street, Milwaukee, Wisconsin and when he returned to the location at approximately 3:00 pm, was vehicle was missing and he observed broken glass on the ground.

35.     On August 31, 2023, at approximately 1:29 pm, the West Allis Police Department was dispatched to an area flock hit of the stolen Kia Sorento bearing Wisconsin plate ACG-7680. Officers checked in the area and located the vehicle, stopped at a red light on S. 102nd Street at W. National Avenue. The stolen Kia Sorento fled from police following marked units attempting to initiate a traffic stop using their emergency lights and sirens. The stolen Kia Sorento disregarded rede traffic lights, passed other vehicles by going into oncoming traffic for approximately 1.25 blocks, and accelerated to approximately 70 mph. The stolen Kia Sorento eventually crashed into a green Subaru that had the green light for north and southbound traffic and then continued until

it crashed again in the 1300 block of S. 64th Street. Three black males fled on foot from the vehicle. Two of the three suspects were apprehended. Once of the suspects was identified as HENDERSON. While HENDERSON was fleeing from police, a witness observed HENDERSON toss a camouflage "Backwoods" satchel containing a loaded 9mm Springfield XDS pistol bearing SN: BY362658 and a black .40 caliber FNH Model FNS-40 bearing SN: GKU0000208. The second suspect was identified as SHAUNRELL D. BRISTER, dob: XX/XX/2005. Following the two suspects being taken into custody, officers also located a black Taurus G2C 9mm handgun, bearing SN: 1C150613, on the ground, in front of the stolen Kia Sorento. The third suspect successfully fled from police and is unidentified at this time.

36.    A NIBIN analysis of the spent casings, located at the scene of the shooting that occurred on July 7, 2022, at 3166 N.16th Street, the shooting that occurred on August 7, 2023, at 4302 W. Marion Street, the Homicide that occurred on August 20, 2023, at 2340 N. 53rd Street, the Carjacking that occurred on August 24, 2023, at 1921 N. 59th Street, and the Armed Robbery that occurred on August 25, 2023, at 2402 N. 54th Street, was done and it was determined that all of the casings had been fired from the same weapon.

37.    On September 3, 2023, HENDERSON identified his Facebook page during a recorded jail call to his mother as "Yrt Dae" and the Milwaukee County Sheriff's Office obtained a Meta Platforms search warrant for the Facebook account. A Milwaukee County Sheriff's Deputy examined the return from Facebook regarding the account on September 13, 2023 and observed that HENDERSON identified his telephone number as **414-676-7891** (**Target Cell Phone**) which was "verified" on March 3, 2023 at 03:10:03 UTC by Meta Platforms in that the account holder responded to a text message sent to the listed phone number. Through an open source database check, T-Mobile was determined to be the service provider for the phone number **414-676-7891**

(**Target Cell Phone**). On September 20, 2023, I sent a preservation request to T-Mobile requesting the preservation of all information pertaining to the Target Cell Phone including Timing Advanced data from June 1, 2023 at 12:00 am CST through August 31, 2023 at 11:59 pm CST.

38.     On September 25, 2023, using open source database checks, I queried the Target Cell Phone and the number was most recently associated to DAQUAN HENDERSON of 5839 N. 84th Street, Milwaukee, Wisconsin, as of June of 2023.

39.     I am requesting the subscriber information, call detail records, text message connection records, text message content information, specialized location records, cloud storage records for telephone number, and Timing Advance for the **Target Cell Phone** for the timeframe of June 1, 2023, beginning at 12:00 am CST, through August 31, 2023, 11:59 pm CST.

40.     On Sptember 28, 2023, a warrant authorizing this request was granted by the Honorable Judge Stephen C. Dries, however, due to a mistake during the FBI service request system process, the request for service was never submitted to the Agents designated by the FBI to serve the warrant to T-Mobile. Due to the expiration of the execution date required by that warrant, I am requesting an additional (but otherwise identical) warrant to be authorized.

## IV.     CELL SITE DATA

41.     In my training and experience, I have learned that the Service Provider is a company that provides cellular telephone access to the general public.  I also know that providers of cellular telephone service have technical capabilities that allow them to collect and generate information about the locations of the cellular telephones to which they provide service, including cell-site data, also known as "tower/face information" or "cell tower/sector records."   Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular telephone and, in some cases, the "sector" (i.e., faces of the towers)

to which the telephone connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data provides an approximate location of the cellular telephone but is typically less precise than other types of location information, such as E-911 Phase II data or Global Positioning Device ("GPS") data.

42.    Based on my training and experience, I know Service Providers can collect cell-site data about **Target Cell Phone**. I also know that wireless providers such as the Service Provider typically collect and retain cell-site data pertaining to cellular phone to which they provide service in their normal course of business in order to use this information for various business-related purposes.

43.    Based on my training and experience, I know that wireless providers such as the Service Provider typically collect and retain information about their subscribers in their normal course of business. This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card account number) provided by the subscriber to pay for wireless telephone service. I also know that wireless providers such as the Service Provider typically collect and retain information about their subscribers' use of the wireless service, such as records about calls or other communications sent or received by a particular phone and other transactional records, in their normal course of business. In my training and experience, this information may constitute evidence of the crimes under investigation because the information can be used to identify the **Target Cell Phone** user or users and may assist in the identification of co-conspirators and/or victims.

V.    **AUTHORIZATION REQUEST**

44.     Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

45.     I further request that the Court direct Service Provider to disclose to the government any information described in Section I of Attachment B that is within its possession, custody, or control.  Because the warrant will be served on the Service Provider, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

## ATTACHMENT A

### Property to Be Searched

Records and information associated with the cellular telephone assigned call number **414-676-7891** (referred to in attachment B as "the Account"), that is stored at the premises controlled by T-Mobile, a cellular service provider headquartered at 4 Sylvan Way, Parsippany, New Jersey, 07054.

**ATTACHMENT B**

**Particular Things to be Seized**

**I.      Information to be Disclosed by the Provider**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Service Provider, including any information that has been deleted but is still available to the Service Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Service Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A for the following dates: June 1, 2023, 12:00 am CST, through August 31, 2023, 11:59 pm CST:

A.      The following information about the customers or subscribers of the Accounts:

      1.      Names (including subscriber names, user names, and screen names);

      2.      Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

      3.      Local and long-distance telephone connection records;

      4.      Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

      5.      Length of service (including start date) and types of service utilized;

      6.      Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

      7.      Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

      8.      Means and source of payment for such service (including any credit card or bank account number) and billing records.

B.   All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account, including:

    1.   the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

    2.   information regarding the cell tower and antenna face (also known as "sectors") through which the communications were sent and received, as well as per-call measurement data.

    3.   per call measurement and timing advance data (PCMD, RTT, True Call, NELOS, or similar)

## II.   Information to be Seized by the Government

All information described above in Section I that constitutes evidence of violations of Title 18 U.S.C. § 1951(a), Hobbs Act Robbery, and Title 18 U.S.C. § 924(c), Brandishing of a Firearm during a Crime of Violence, involving HENDERSON, during the period of June 1, 2023, 12:00 am CST, through August 31, 2023, 11:59 pm CST.

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Service Provider to locate the things particularly described in this Warrant.